

U.S. Department of Justice
*United States Attorney*
*District of New Jersey*

---

*Elizabeth M. Harris*  *970 Broad Street, Suite 700*  *(973)645-2913*
*Assistant United States Attorney*  *Newark, New Jersey 07102*

November 13, 2013

<u>VIA ECF</u>
Honorable Katharine S. Hayden
United States District Judge
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>Jean v. Mattos</u>, Civ. No. 13-5346 (KSH)

Dear Judge Hayden,

    The Government writes in respect to the above-referenced extradition case. Pursuant to the Court's order, dated September 19, 2013, the Government's response to the Petitioner's brief in support of petition for writ of habeas corpus is due November 18, 2013. However, yesterday a trial date of December 5, 2013 was set in the criminal case <u>United States v. Anthony Jefferson</u>, Crim. No. 13-137 (KM). This case will very likely proceed to trial, which is expected to last approximately one week. Accordingly, the Government respectfully requests an extension of time, until December 20, 2013, to file its response to the petition. Defense counsel consents to the Government's request.

    Please do not hesitate to contact me should Your Honor have any questions or concerns.

    Respectfully Submitted,

    PAUL J. FISHMAN
    United States Attorney

    /s/ Elizabeth M. Harris
BY:    ELIZABETH M. HARRIS
    Assistant United States Attorney

cc:    Lorraine S. Gauli-Rufo, Esq. (via e-mail)