**United States District Court**
**for the District Of New Jersey**

| | |
|---|---|
| DIEUSEUL JEAN<br><br>           Petitioner,<br>   v.<br><br>JUAN MATTOS, JR.<br><br>           Respondent. | Civil No.: 13-5346 (KSH)<br><br>**<u>Final Order</u>** |

This matter having come before the Court on a petition for writ of habeas corpus [D.E. 1], and for the reasons set forth in the accompanying opinion [D.E. 10],

**IT IS**, on this 5th day of March, 2014,

**ORDERED** that the petition for writ of habeas corpus [D.E. 1] is **DENIED**; and it is further;

**ORDERED** that the Clerk of the Court close the case.

                                                                /s/ Katharine S. Hayden
                                                                Katharine S. Hayden, U.S.D.J.